Thomas P. Matthews, SBN 163089
Law Office of Thomas P. Matthews
110 West 'C' Street, Suite 1201
San Diego, CA 92101
Telephone: (619) 236-3400
Facsimile: (619) 346-4226
Email: tmatthews@tommatthewslaw.com

Attorney for Defendant
**LONG NGOC TRAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JUDGE MARILYN L. HUFF)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 21-CR-1109-H-1 |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 120** |
| vs. | |
| **LONG NGOC TRAN (1),** | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the defendant, LONG NGOC TRAN, by and through his counsel, THOMAS P. MATTHEWS, hereby withdraws the following document in the above-captioned case:

1. Motion for Bond by LONG NGOC TRAN. (Attachments: # (1) Exhibit Documents Supporting of Bond Motion, # (2) Proof of Service) Docket #: 120

2. The Document listed at Docket Entry 120 was improperly filed. Once Notice from the court was received, counsel for the defendant submitted the instant motion.

It is hereby respectfully requested that the court withdraw Document 120 and disassociate it from defendant LONG NGOC TRAN. Counsel for LONG NGOC

| | |
|---|---|
| 1 | TRAN is re-filing the document according to the court's instructions, with the |
| 2 | correct attachments. |

Dated: May 21, 2021        Respectfully submitted,

                                          *s/ Thomas P. Matthews*
                                          Thomas P. Matthews
                                          Attorney for Defendant
                                          LONG NGOC TRAN