**Thomas P. Matthews** (CA SBN: 163089)
Law Office of Thomas P. Matthews
110 W. 'C' Street, Suite 1201
San Diego, CA 92101
Telephone: (619) 236-3400
Facsimile: (619) 346-4226
Email: tmatthews@tommatthewslaw.com

Attorney for Defendant
**LONG NGOC TRAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JUDGE MARILYN L. HUFF)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 21-CR-1109-H |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| **LONG NGOC TRAN (1),** | |
| Defendant | |

Counsel for Defendant certifies that the following document:

1. Notice of Motion and Declaration in Support of Request for Bond Conditions.

2. Exhibits A-D in Support of Motion for Bond Conditions.

were filed electronically and were caused to be sent electronically per CM/ECF policies to the Office of the U.S. Attorney and the Office of U.S. Pretrial Services, on the same day of the electronic filing.

**Dated:** May 21, 2021        Respectfully submitted,

                 */s/ THOMAS P. MATTHEWS*
                 THOMAS P. MATTHEWS
                 Attorney for Defendant LONG NGOC TRAN