RANDY S. GROSSMAN
Acting United States Attorney
A. DALE BLANKENSHIP
MATTHEW BREHM
Assistant United States Attorneys
California Bar No. 235960/239288
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6705/8983
Email: dale.blankenship@usdoj.gov
Email: matthew.brehm@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR1109-H |
| Plaintiff, | |
| v. | **UNITED STATES' STATUS REPORT ON DISCOVERY** |
| LONG NGOC TRAN, et al, | |
| Defendants. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, Matthew Brehm and A. Dale Blankenship, Assistant United States Attorneys, and hereby files its status report on discovery, pursuant to Rule 16.1.

**I.   BACKGROUND**

On April 9, 2021, the Grand Jury returned 16 related indictments charging 47 defendants. The indictments alleged the following offenses: Conspiracy (Title 18, U.S.C., Sec. 371); Illegal Gambling Business (Title 18, U.S.C., Sec. 1955); Maintaining a Drug-

Involved Premises (Title 21, U.S.C., Sec. 856(a)(1)); Distribution of Methamphetamine (Title 21, U.S.C., Sec. 841(a)(1)); Possession with Intent to Distribute Methamphetamine (Title 21, U.S.C., Sec. 841(a)(1)); Felon in Possession of a Firearm (18, U.S.C., Secs. 922(g)(1) and 924(a)(2)); Importation of Methamphetamine (Title 21, U.S.C., Secs. 952 & 960).

With the exception of five defendants who are still fugitives, all of the defendants have been arrested and arraigned.

The charged offenses relate to the operation of illegal gambling facilities and drug involved premises in San Diego. The illegal gambling dens were equipped with electronic gambling machines which are programmed with several games of chance such as poker, blackjack, keno, jacks or better, and slot games. Most of these establishments were open 24 hours a day, seven days a week, with some shutting down in the early morning hours and starting up again in the afternoons. These locations were outfitted with exterior and interior video surveillance cameras, which were often monitored remotely by the establishment owners and managers. Those locations equipped with surveillance equipment often contained monitors showing a live feed of the video surveillance. The illegal gambling establishments typically had a hierarchy of employees. The employees often included: doorman, banker, and money courier.

The illegal gambling dens were also drug involved premises. The main draw to the illegal gambling establishments was methamphetamine use and sales. Other drugs were also known to be used and sold inside these establishments. It was rare to have a patron who did not use or sell methamphetamine inside these locations. Independent drug dealers and employees often sold drugs inside. Further, it was common for employees to hand out small amounts of methamphetamine and "comp" customers who were playing. One owner described how he would give methamphetamine to patrons because it would draw them to the location and keep them playing on gambling machines.

## II. RULE 16.1 STATUS REPORT

Pursuant to Rule 16.1 and Local Rule 16.1, the parties must meet and confer within 14 days of the arraignment to discuss a timetable and procedures for pretrial disclosure. On April 29, 2021, the United States, multiple defense counsel, and the court appointed discovery coordinator, John Ellis, Esq., met and conferred via WebEx regarding a discovery.  Since April 29, 2021, the United States and Mr. Ellis have maintained consistent communication regarding ongoing discovery.

To date, the United States has produced approximately 800 gigabytes of discovery, including arrest reports, Defendant's rap sheet, audio and video files.  The discovery contained thousands of pages of reports.

The United States has an additional approximately 400 gigabytes of discovery to provide and the United States is currently burning those files to a hard drive provided by Mr. Ellis.  This round of discovery likewise contains thousands of pages of discovery.

To date, there are no disagreements between the parties regarding discovery.

DATED: July 20, 2021                Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

/s/ *Matthew Brehm*
Matthew Brehm
/s/ *A. Dale Blankenship*
A. Dale Blankenship
Assistant United States Attorneys