1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LONG NGOC TRAN (1),<br>    aka Long Tu"<br><br>                    Defendant. | Case No.  21cr1109- H<br><br>**AMENDED FINAL ORDER OF<br>CRIMINAL FORFEITURE** |

On   February   13,   2023,   this   Court   entered   its   Final   Order   of
Criminal Forfeiture, which condemned and forfeited to the United States all right,
title, and interest of LONG NGOC TRAN ("Defendant") in all properties seized in
connection with this case, including but not limited to the following specific
properties pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and
1955(d), and Title 28, United States Code, Section 2461(c):

      a.    $1,332.00 in United States Currency;

      b.    $1,547.00 in United States Currency;

      c.    $1,982.00 in United States Currency;

      d.    $4,248.00 in United States Currency;

      e.    $1,550.00 in United States Currency;

      f.    $1,199.00 in United States Currency;

      g.    $505.00 in United States Currency;

1    h.    $3,968.00 in United States Currency;

2    i.    $1,332.00 in United States Currency;

3    j.    $55,646.00 in United States Currency;

4    k.    $3,968.00 in United States Currency;

5    l.    $906.00 in United States Currency;

6    m.    $35,000.00 in United States Currency;

7    n.    $3,775.00 in United States Currency;

8    o.    $1,374.00 in United States Currency;

9    p.    Sixteen (16) full size electronic gambling machines;

10    q.    Fifteen (15) miscellaneous gambling machines;

11    r.    Eight (8) electronic gambling machines;

12    s.    Misc. gambling machine parts;

13    t.    Twelve (12) electronic gambling machines;

14    u.    Sixteen (16) electronic gambling machines;

15    v.    Six (6) tabletop electronic gambling machines;

16    w.    Nine (9) full size electronic gambling machines;

17    x.    Three (3) tabletop electronic gambling machines;

18    y.    Ten (10) full size electronic gambling machines;

19    z.    One (1) ¾ electronic gambling machine;

20    aa.    Twenty-one (21) electronic gambling machines;

21    bb.    Eighteen (18) electronic gambling machines;

22    cc.    Eight (8) tabletop electronic gambling machines;

23    dd.    Twenty (20) miscellaneous gambling machines;

24    The following assets are in custody of the San Diego Police Department:

25    v.    Six (6) tabletop electronic gambling machines;

26    w.    Nine (9) full size electronic gambling machines;

27    x.    Three (3) tabletop electronic gambling machines;

28    y.    Ten (10) full size electronic gambling machines;

- 2 -                                                    21cr1109

z.      One (1) ¾ electronic gambling machine;

aa.     Twenty-one (21) electronic gambling machines;

bb.     Eighteen (18) electronic gambling machines;

cc.     Eight (8) tabletop electronic gambling machines;

dd.     Twenty (20) miscellaneous gambling machines;

For thirty (30) consecutive days ending on November 13, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

On April 30, 2023, the United States sent Notices of Forfeiture by Federal Express mail to the potential third parties as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Thanh Thanh Nguyen<br>4232 Sharron Place<br>San Diego, CA 92115 | 771709360220 | Marked as unable to deliver on 04/10/23 |
| Thi Thanh Hoa Nguyen<br>4232 Sharron Place<br>San Diego, CA 92115 | 771709447475 | Marked as delivered on 05/31/23 |
| Tam A. Ong<br>5580 Lake Park Way, Unit 10<br>La Mesa, CA 91942 | 771709217797 | Marked as delivered on 04/06/23 |
| Nebrasha Brandon<br>6016 Gum Springs Ct.<br>Las Vegas, NV 89081 | 771709497436 | Marked as delivered on 03/31/23 |
| Wayne Clayton, Jr.<br>2427 Megan Court<br>San Diego, CA 92105 | 771709599100 | Marked as delivered on 03/31/23 |

| | | |
|---|---|---|
| Kashima Drake<br>1134 11th Ave., Apt 8<br>San Diego, CA 92102 | 771628513954 | Marked as delivered on 3/23/23. |
| Mark Marasco, Jr.<br>6016 Gum Springs Ct.<br>Las Vegas, NV 89081 | 771628540844 | Marked as delivered on 3/24/23. |
| John Otis McCoy<br>8255 Las Vegas Blvd., #1110<br>Las Vegas, NV 89123 | 771628563812 | Marked as delivered on 3/23/23 |
| Thanh Lan Nguyen<br>4232 Sharron Place<br>San Diego, CA 92115 | 771628590481 | Marked as delivered on 3/23/23. |
| Yvonne Aguilar<br>5131 Auburn Drive<br>San Diego, CA 92015 | 77162864220 | Marked as delivered on 3/23/23. |
| Dennis Diblasi<br>2260 Watson Way<br>Vista, CA 92083 | 771628664373 | Marked as delivered on 3/23/24. |
| Thanh Lan Thi Nguyen<br>4232 Sharron Place<br>San Diego, CA 92115 | 771628702264 | Marked as delivered on 3/23/23. |
| Tung Thanh Nguyen<br>4159 43rd Street<br>San Diego, CA 92105 | 771628735987 | Marked as delivered on 3/23/23. |
| Robert Wright<br>2550 Highland Avenue<br>San Diego, CA 92105 | 771628758690 | Marked as delivered on 3/23/23. |
| Karen Rene Ann Prangsamphan<br>c/o Sandra Resick<br>270 East Douglas Avenue<br>El Cajon, CA 92020 | 771628797860 | Marked as delivered on 3/23/23. |
| Saengamphay M. Phommasane<br>c/o Andrew K. Nietor<br>750 B. Ste. 2330<br>San Diego, CA 92101 | 771628831918 | Marked as delivered on 3/23/23. |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express mail and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of LONG NGOC TRAN and any and all third parties in the following specific properties are hereby condemned, forfeited, and vested in the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c):

a.  $1,332.00 in United States Currency;

b.  $1,547.00 in United States Currency;

c.  $1,982.00 in United States Currency;

d.  $4,248.00 in United States Currency;

e.  $1,550.00 in United States Currency;

f.  $1,199.00 in United States Currency;

g.  $505.00 in United States Currency;

h.  $3,968.00 in United States Currency;

i.  $1,332.00 in United States Currency;

j.  $55,646.00 in United States Currency;

k.  $3,968.00 in United States Currency;

l.  $906.00 in United States Currency;

m. $35,000.00 in United States Currency;

n.  $3,775.00 in United States Currency;

o.  $1,374.00 in United States Currency;

p.  Sixteen (16) full size electronic gambling machines;

q.  Fifteen (15) miscellaneous gambling machines;

r.  Eight (8) electronic gambling machines;

s.  Misc. gambling machine parts;

t.  Twelve (12) electronic gambling machines;

u.  Sixteen (16) electronic gambling machines.

21cr1109

1    IT IS FURTHER ORDERED that any and all interest in Thanh Thanh

2  Nguyen, Thi Thanh Hoa Nguyen, Tam A. Ong, Nebrasha Brandon, Wayne Clayton.

3  Jr., Kashima Drake, Mark Marasco, Jr., John Otis McCoy, Thanh Lan Nguyen,

4  Yvonne Aguilar, Dennis Diblasi, Thanh Lan Thi Nguyen, Tung Thanh Nyugen,

5  Robert Wright, Karen Rene Prangsamphan, and Saengamphay M. Phommasane, be

6  specifically terminated and forfeited to the United States as to the above referenced

7  properties.

8    IT IS FURTHER ORDERED that the San Diego Police Department shall

9  dispose of the following assets according to law when no longer needed for evidence:

10      v.    Six (6) tabletop electronic gambling machines;

11      w.    Nine (9) full size electronic gambling machines;

12      x.    Three (3) tabletop electronic gambling machines;

13      y.    Ten (10) full size electronic gambling machines;

14      z.    One (1) ¾ electronic gambling machine;

15      aa.    Twenty-one (21) electronic gambling machines;

16      bb.    Eighteen (18) electronic gambling machines;

17      cc.    Eight (8) tabletop electronic gambling machines;

18      dd.    Twenty (20) miscellaneous gambling machines.

19    IT IS FURTHER ORDERED that the costs incurred by the Federal Bureau of

20  Investigation, United Marshals Service, and any other governmental agencies which

21  were incident to the seizure, custody and storage of the properties be the first charged

22  against the forfeited property.

23  //

24  //

25  //

26

27

28

- 6 -                    21cr1109

1    IT IS FURTHER ORDERED that this Court order the Federal Bureau of
2 Investigation and United States Marshal Service shall dispose of the specific
3 properties described above according to law.

4

5 DATED: June 17, 2024

6                                    _____
                                     Honorable Marilyn L. Huff
7                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28